UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL ANTHONY BONINO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No. 25-cv-00390-TLT(LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF Nos. 54, 56 |

The district judge referred all discovery matters to the undersigned. (Order – ECF No. 55). Two disputes are pending. The process followed by the parties closely follows the undersigned's standing order, which the undersigned attaches for future disputes. The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: December 18, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 25-cv-00390-TLT